

# NUMBER 13-12-00447-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RANDALL WOOTEN,                                                                          Appellant,

v.

CITY OF HALTOM CITY,
TEXAS,                                                                                        Appellee.

### On appeal from the 141st District Court
### of Tarrant County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam**

Appellant, Randall Wooten, perfected an appeal from a judgment entered by the

141st District Court of Tarrant County, Texas, in trial court cause number 141-249217-

10.[1]  On November 12, 2013, appellee, City of Haltom City, Texas filed an unopposed

---

[1] This case is before the Court on transfer from the Second Court of Appeals in Fort Worth, Texas pursuant to an order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West

joint motion to dismiss the appeal. The motion states that the parties have reached a settlement agreement and that the appeal is now moot.[2]

The Court, having considered the documents on file and appellee's unopposed joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
26th day of November, 2013.

---

2005).

[2] The settlement agreement and release is attached to the joint motion to dismiss.